IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| KIRK | : | 02-1442 |
| TURNER | : | 02-1520 |
| COOK | : | 02-1532 |
| WOOLET | : | 02-1612 |
| COOPER | : | 02-1623 |
| HORTON | : | 02-1632 |
| ADAMS | : | 02-1638 |
| ROY | : | 02-1668 |
| NEESE | : | 02-1690 |
| JUAREZ | : | 02-1956 |
| GRABELL | : | 02-1961 |
| WILLIAMSON | : | 02-2005 |
| PHAM | : | 02-2013 |
| MCMURRAY | : | 02-2017 |
| JOHNSTON | : | 02-2021 |
| MONTOYA | : | 02-2324 |
| HICKMAN | : | 02-2337 |
| ORSUND | : | 02-2340 |
| MAGER | : | 02-2446 |
| RAMIREZ | : | 02-2453 |
| WILLIAMS | : | 02-2489 |
| WILLIAMS | : | 02-2495 |
| CORDERO | : | 02-2525 |
| DAVIS | : | 02-2867 |
| PRADIA | : | 02-3085 |
| DIZADARE | : | 02-3110 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# **O R D E R**

   **AND NOW,** this _____ day of May, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

   [    ]   -   Order staying these proceedings pending disposition of a related

|       |   |   |
|-------|---|---|
|       |   | action. |
| [   ] | - | Order staying these proceedings pending determination of arbitration proceedings. |
| [   ] | - | Interlocutory appeal filed. |
| [ X ] | - | Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>. |

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**John P. Fullam, Judge**